# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 0773

VERSUS

TORONZO THOMPKINS                              **OCTOBER 18, 2024**

---

In Re:     Toronzo Thompkins, applying for supervisory writs, 17th
           Judicial District Court, Parish of Lafourche, Nos.
           499710, 525147, 530210.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

    **WRIT DENIED AS MOOT.** The records of the Lafourche Parish Clerk
of Court's Office reflect that the district court acted on
relator's "Motion for Stay of Supplemental Application for
Postconviction Relief" on August 24, 2022.

                                  **JMG**
                                  **AHP**
                                  **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT